**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-2307**

———————

THOMAS OJONG,

    Petitioner,

   v.

ERIC H. HOLDER, JR., Attorney General,

    Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals

———————

Submitted: July 26, 2011   Decided: August 11, 2011

———————

Before GREGORY, DAVIS, and DIAZ, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Danielle Beach-Oswald, BEACH-OSWALD IMMIGRATION LAW ASSOCIATES, PC, Washington, D.C., for Petitioner. Tony West, Assistant Attorney General, Anh-Thu P. Mai-Windle, Senior Litigation Counsel, James A. Hurley, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Ojong, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen as untimely and numerically barred. We have reviewed the administrative record and find no abuse of discretion in the denial of relief on Ojong's motion. See 8 C.F.R. § 1003.2(a), (c) (2011). We accordingly deny the petition for review for the reasons stated by the Board. See In re: Ojong, (B.I.A. Oct. 26, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2